USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/24/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JOSEPH DAVIS,

                Plaintiff,                           06 CIVIL 6391 (BSJ)(JCF)

-against-                            **JUDGMENT**

VIDA SHOES INTERNATIONAL, INC.,
                Defendant.
-----------------------------------------------------------X

      Defendant having moved for summary judgment on all of Plaintiff's claims, and on its counterclaim, and the matter having come before the Honorable Barbara S. Jones, United States District Judge, and the Court, on September 22, 2009, having rendered its Opinion and Order granting defendant's motion for summary judgment as to all remaining claims, and granting its counterclaim, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 22, 2009, defendant's motion for summary judgment as to all remaining claims is granted, and its counterclaim is also granted; accordingly, the case is closed.

**Dated:** New York, New York
           September 24, 2009

                                                J. MICHAEL McMAHON
                                                    Clerk of Court
                            BY:
                                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____